JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL JAMAL STRONG,<br>　　　　Petitioner,<br>　　v.<br>LOS ANGELES COUNTY JAIL,<br>　　　　Respondent. | Case No. CV 16-3536-JAK (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 17, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE